NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1329

BAGS ON THE NET CORP.,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee,

and

POLYETHYLENE RETAIL CARRIER BAG COMMITTEE,
HILEX POLY CO., LLC, and SUPERBAG CORPORATION,

Defendants-Appellees.

Appeal from the United States Court of International Trade in
case no. 08-00332, Judge Delissa A. Ridgway.

ON MOTION

O R D E R

Bags On The Net Corp. moves without opposition to dismiss its appeal.[*]

Upon consideration thereof,

IT IS ORDERED THAT:

(1)    The motion is granted.

(2)    Each side shall bear its own costs.

---

[*]    Bags On The Net requests that this dismissal be without prejudice; however, it is not the practice of this court to dismiss with or without prejudice.

FOR THE COURT

JUL 0 9 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:    Peter S. Herrick, Esq.
       Stephen A. Jones, Esq.
       Antonia R. Soares, Esq.

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 0 9 2009

JAN HORBALY
CLERK

s17

JUL 0 9 2009

ISSUED AS A MANDATE: _____